## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:   STANLEY PISKORSKI | § § § § § § § | Case No.: 09-45991 |
|           LINDA IMPASTATO |  |  |
|           Debtor(s) |  |  |

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 12/04/2009.

2) This case was confirmed on 02/03/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/03/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/29/2010, 10/11/2011, 05/01/2012.

5) The case was converted on 05/15/2012.

6) Number of months from filing to the last payment:  27

7) Number of months case was pending:  30

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    42,173.64

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

===========================================================================

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $   99,250.00 |
| Less amount refunded to debtor | $          .00 |
| **NET RECEIPTS** | $   99,250.00 |

===========================================================================

===========================================================================

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $    2,472.50 |
| Court Costs | $          .00 |
| Trustee  Expenses and Compensation | $    6,025.34 |
| Other | $          .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    8,497.84 |
| Attorney fees paid and disclosed by debtor | $    1,027.50 |

===========================================================================

===========================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 10,452.00 | 10,452.69 | 10,452.69 | .00 | .00 |
| CITIZENS AUTO FINANC | SECURED | 14,140.00 | 17,347.05 | 14,140.00 | 14,140.00 | 136.25 |
| CITIZENS AUTO FINANC | UNSECURED | 2,860.00 | .00 | 3,207.05 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | 54,977.00 | 56,312.18 | .00 | .00 | .00 |
| ELITE MANAGEMENT HOM | SECURED | NA | .00 | .00 | .00 | .00 |
| NAVY FEDERAL CREDIT | SECURED | 4,845.00 | 4,845.00 | 4,845.00 | 4,845.00 | 11.22 |
| NAVY FEDERAL CREDIT | UNSECURED | 519.00 | 11.69 | 11.69 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 258,213.00 | 244,110.93 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | NA | 14,967.96 | 15,267.96 | 15,267.96 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 8,164.19 | 11,940.68 | 11,940.68 | 9,827.97 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 5,016.78 | 1,424.64 | 1,424.64 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 68,894.00 | 56,524.94 | 56,524.94 | 46,523.76 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 36,908.00 | 34,279.51 | 34,279.51 | .00 | .00 |
| AMEX | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 865.00 | 827.97 | 827.97 | .00 | .00 |
| CORTRUST BANK | UNSECURED | 493.00 | 493.59 | 493.59 | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 3,215.00 | 3,215.28 | 3,215.28 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 20,261.00 | 20,993.34 | 20,993.34 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 585.00 | 671.55 | 671.55 | .00 | .00 |
| FEDERAL NATIONAL MOR | UNSECURED | 10,368.27 | 10,336.07 | 10,336.07 | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 10,796.00 | 10,796.16 | 10,796.16 | .00 | .00 |
| GEMB/HH GREGG | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,073.00 | 1,204.57 | 1,204.57 | .00 | .00 |

===========================================================================

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | UNSECURED | 1,004.00 | 1,064.55 | 1,064.55 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2,914.00 | 2,914.10 | 2,914.10 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 9,867.00 | 10,386.69 | 10,386.69 | .00 | .00 |
| HSBC/RS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 2,538.00 | 2,538.73 | 2,538.73 | .00 | .00 |
| LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 852.00 | 852.69 | 852.69 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 10,319.00 | 10,485.99 | 10,485.99 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 9,452.00 | 9,603.59 | 9,603.59 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 2,313.00 | 3,284.91 | 3,284.91 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,329.00 | 1,410.69 | 1,410.69 | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 1,167.00 | 1,167.48 | 1,167.48 | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 20,000.00 | .00 | .00 | .00 | .00 |
| CHARLES IMPASTATO | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| LITTLE LOAN SHOPPE | UNSECURED | NA | 525.00 | 525.00 | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | NA | 22,157.77 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim<br>Allowed | Principal<br>Paid | Int.<br>Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 15,267.96 | 15,267.96 | .00 |
| Debt Secured by Vehicle | 18,985.00 | 18,985.00 | 147.47 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 34,252.96 | 34,252.96 | 147.47 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 68,465.62 | 56,351.73 | .00 |
| **TOTAL PRIORITY:** | 68,465.62 | 56,351.73 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 142,148.53 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 8,497.84 |
| Disbursements to Creditors | $ | 90,752.16 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 99,250.00 |

12)   The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/14/2012          /s/ Tom  Vaughn
                              Tom  Vaughn,  Chapter  13  Trustee

STATEMENT     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**